JANUARY 5, 1989

No. 88–754. JENKINS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. A–530. MERCER *v.* ARMONTROUT, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

JANUARY 6, 1989

No. 87–1943. MINNESOTA NEWSPAPER ASSN., INC. *v.* POSTMASTER GENERAL OF THE UNITED STATES ET AL. D. C. Minn. [Probable jurisdiction noted, *ante*, p. 815.] Appeal dismissed under this Court's Rule 53.

JANUARY 9, 1989

No. 88–734. SAGAN *v.* PENNSYLVANIA PUBLIC TELEVISION NETWORK ET AL. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.